No. 132. HOLT ET AL. *v.* KIRBY ET AL. C. A. 2d Cir. (Certiorari granted, 381 U. S. 933.) Motion of Randolph Phillips for leave to file brief, as *amicus curiae,* granted. Motion of Randolph Phillips for leave to participate in oral argument, as *amicus curiae,* denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these motions. *Simon V. Haberman* on the motions. *Walter R. Mansfield* and *John J. McCann* for respondents Kirby et al., in opposition to the motions.

No. 318. BURNS, GOVERNOR OF HAWAII *v.* RICHARDSON ET AL.;
No. 323. CRAVALHO ET AL. *v.* RICHARDSON ET AL.; and
No. 409. ABE ET AL. *v.* RICHARDSON ET AL. Appeals from D. C. Hawaii. (Probable jurisdiction noted, 382 U. S. 807.) Motion of Harold S. Roberts for leave to file brief, as *amicus curiae,* granted. Motion of Harold S. Roberts for leave to participate in oral argument, as *amicus curiae,* denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these motions. *Richard K. Sharpless* on the motions.

No. 490. SHEPPARD *v.* MAXWELL, WARDEN. C. A. 6th Cir. (Certiorari granted, 382 U. S. 916.) Motion of John T. Corrigan for leave to participate in oral argument, as *amicus curiae,* denied. *John T. Corrigan, pro se,* on the motion.

No. 545. JOSEPH E. SEAGRAM & SONS, INC., ET AL. *v.* HOSTETTER, CHAIRMAN, NEW YORK STATE LIQUOR AUTHORITY, ET AL. Appeal from Ct. App. N. Y. (Probable jurisdiction noted, 382 U. S. 924.) Motion of Wine & Spirits Wholesalers of America, Inc., for leave to file brief, as *amicus curiae,* granted. *Abraham Tunick* and *Fred M. Switzer III* on the motion.